UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF KONSTANTINOS SKARMOUNTZOS, a Fugitive from the Government of Greece. | No. CV 08-07986-FMC (VBK) <br><br> ORDER CERTIFYING EXTRADITABILITY OF KONSTANTINOS SKARMOUNTZOS |

The Court having conducted the extradition hearing in this matter, and having reviewed and fully considered all documents and memoranda filed by both the Government of Greece by and through it attorney of record, the United States Attorney of the Central District of California, and by counsel for Konstantinos Skarmountzos ("Skarmountzos"), the Court concludes that all requirements for the extradition of Skarmountzos to the Government of Greece to face charges set forth in the warrant have been met by the Government.

The Court finds and certifies to the Secretary of State as follows:

1. This Court has jurisdiction to conduct extradition proceedings pursuant to 18 U.S.C. §3184 and Rule 1.16 of the Local Rules Governing Duties of Magistrate Judges in the United States District Court for the Central District of California;

2. This Court has jurisdiction over the fugitive Konstantinos Skarmountzos (18 U.S.C. §3184);

3. A valid extradition treaty ("Treaty") exists between the United States and the Government of Greece (18 U.S.C. §3181);

4. At all times relevant the extradition request, the Treaty was and is in full force and effect;

5. The formal request for Skarmountzos' extradition was properly presented by the Greek Government to the United States Government. Formal extradition papers were filed on December 4, 2008;

6. Such transmission included all the required information;

7. All documents have been properly certified by the appropriate authorities and officials;

8. Konstantinos Skarmountzos is sought by the Government of Greece for service of a sentence imposed upon conviction of offenses for which the extradition treaty permits extradition;

9. There is an outstanding valid warrant of arrest for Konstantinos Skarmountzos issued by Greek authorities;

10. That the Konstantinos Skarmountzos appearing before this Court is the same Konstantinos Skarmountzos sought by the Government of Greece.

Based upon the foregoing, pursuant to 18 U.S.C. §3184:

**THIS COURT HEREBY CERTIFIES** that it has found Konstantinos Skarmountzos extraditable to the Government of Greece. A warrant may be issued, upon the requisition of the proper authorities of the Government of Greece, for the surrender of Konstantinos Skarmountzos according to the Extradition Treaty.

**IT IS FURTHER ORDERED** that Konstantinos Skarmountzos is committed to the custody of the United States Marshal, to be confined without

1 | bail until the surrender of Konstantinos Skarmountzos to the
2 | Government of Greece can be effectuated. 18 U.S.C. §3184.
3 |     **IT IS FURTHER ORDERED** that the United States Attorney for the
4 | Central District of California shall obtain transcripts of all
5 | testimony presented before this Court and shall deliver forthwith the
6 | transcripts of testimony to the Clerk of the Court. The Clerk of the
7 | Court shall forward to the Secretary of State a copy of this
8 | Certification and Order together with the transcripts of testimony and
9 | copies of documents received as evidence.

11 | DATED: April 7, 2009            /s/
12 |                                     VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE